# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. SENNER,<br>Petitioner<br>v.<br>J. GASTELO,<br>Respondent. | Case No. 8:17-CV-2251-CBM (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED THAT the this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: January 10, 2018

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE